UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIN BULFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20 CV 689 JMB |
| | ) |
| BECKY RAINWATER, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the various discovery disputes the parties have identified in a status report (Doc. 115), the motion to compel production (Doc. 121), the motion for extension of time (Doc. 122), and an email from plaintiff's counsel to chambers and opposing counsel dated May 27, 2022.

The parties are **ORDERED** to respond to the pending motions by **June 9, 2022**. No reply briefs shall be filed. This matter is **SET** for a hearing on the pending motions and discovery disputes on **June 15, 2022 at 9:30 a.m.** in Courtroom 15S. The parties should be prepared to discuss the outstanding discovery disputes and the schedule in this matter.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of June, 2022